In the Matter of NICHOLAS J. CAPUTO, Appellant, v. BOARD OF ELECTIONS OF THE CITY OF NEW YORK and JOEL L. COHEN, Respondents.—

No opinion. Nolan, P. J., Beldock, Christ and Brennan, JJ., concur.